In the Matter of the Claim of ALICE CROWELL, Respondent, against AMERICAN FRUIT GROWERS, INC., et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Argued February 11, 1930; decided March 18, 1930.)

*Joseph F. Donovan* and *Alfred W. Andrews* for appellants.

*Hamilton Ward,* Attorney-General (*E. C. Aiken* of counsel), for State Industrial Board, respondent.

*John F. Wadlin* for claimant, respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS. JJ.